IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

DERRIOUS LUNDY,

        Petitioner,

                                       Case No.  5D22-1983

v.                                       LT Case No. 2020-CF-015175-A-O

STATE OF FLORIDA,

        Respondent.

_____/

Opinion filed September 2, 2022

Petition for Belated Appeal
A Case of Original Jurisdiction.

Robert Wesley, Public Defender,
and Miranda Sullivan, Assistant
Public Defender, Orlando,
for Petitioner.

No Appearance for Respondent.

PER CURIAM.

      The petition for belated appeal is granted.  A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the July 7, 2022 judgment and sentence rendered in Case No. 2020-CF-015175-A-O, in the Circuit Court in and for Orange County, Florida.  See Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

COHEN, NARDELLA, and WOZNIAK, JJ., concur.